HENRY B. KIRKLAND et al., Appellants, *v.* ARTHUR LEARY, Respondent.

(Argued November 21, 1872; decided Novenber 26, 1872.)

APPEAL dismissed upon authority of *Wright* v. *Hunter* (46 N. Y., 409); also affirming doctrine of *Downing* v. *Kelley* (48 N. Y., 433), that resort cannot be had to opinion of General Term to determine whether new trial was granted upon questions of law or fact.

*William F. Shepard* for the appellants.

*John Berry* for the respondent.

ANDREWS, J., reads opinion for dismissal of appeal.
All concur.
Appeal dismissed.